IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBIE JONES, | |
| Plaintiff, | |
| v. | Case No. 20-cv-333 JPG |
| FLINT LAW FIRM, LLC, | |
| Defendant. | |

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 10/18/2021**          **MARGARET M. ROBERTIE, Clerk of Court**

                              **s/ Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**